196 So.2d 803

## LINCOLN BEACH CORPORATION

v.

## BOARD OF LEVEE COMMISSIONERS OF the ORLEANS LEVEE DISTRICT.

### No. 48640.

March 31, 1967.

In re: The Board of Levee Commissioners of the Orleans Levee District applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 195 So.2d 367.

The application is denied. We find no error of law in the judgment complained of.

196 So.2d 803

## Mrs. Nellanna BLESSING

v.

## NATIONAL SURETY CORPORATION et al.

### No. 48643.

March 31, 1967.

In re: Mrs. Nellanna Blessing applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 195 So.2d 381.

Writ refused. The result reached by the Court of Appeal is correct.